UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:   __4/24/2026__

NELSON ALVAREZ,

          Plaintiff,

      -against-

HILTON HOTEL EMPLOYER, LLC; MILLENNIUM HILTON NEW YORK ONE UN PLAZA; LATONNIA GARRETT; MICHAEL HAUGHTON; JOHN/JANE DOES 1-10 (fictitious names for persons whose identities are presently unknown); and ABC CORPS 1-10 (fictitious names for entities whose identities are presently unknown),

          Defendants.

26 Civ. 2326 (AT)

**ORDER**

ANALISA TORRES, United States District Judge:

Defendant Hilton Hotel Employer LLC ("Hilton") removed this action from the Supreme Court of the State of New York, County of New York, to this Court pursuant to 28 U.S.C. §§ 1332 and 1441. *See* Notice of Removal ("NOR"), ECF No. 3. Hilton states that it timely removed the action "less than thirty . . . days" after it "was served a copy of Plaintiff's Complaint." *Id.* ¶ 10. Hilton asserts that the NOR and the accompanying exhibits were served on Plaintiff on March 24, 2026. *Id.* at 5.

By **May 7, 2026**, Plaintiff shall indicate whether he contests removal. Because Hilton claims that the other Defendants were served with the summons and complaint in the state court action, *see id.* ¶¶ 3–6, by **May 8, 2026**, each Defendant shall indicate whether they consent to removal. *See* 28 U.S.C. § 1446(b)(2)(A).

      SO ORDERED.

Dated: April 24, 2026
      New York, New York

                       _____
                         ANALISA TORRES
                  United States District Judge