USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/22/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NELSON ALVAREZ,

Plaintiff,

-against-

HILTON HOTEL EMPLOYER, LLC; MILLENNIUM HILTON NEW YORK ONE UN PLAZA; LATONNIA GARRETT; MICHAEL HAUGHTON; JOHN/JANE DOES 1-10 (fictitious names for persons whose identities are presently unknown); and ABC CORPS 1-10 (fictitious names for entities whose identities are presently unknown),

Defendants.

26 Civ. 2326 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On March 20, 2026, Defendant Hilton Hotel Employer LLC ("Hilton") filed a Notice of Removal ("NOR") that included copies of Plaintiff's affidavit of service on Hilton as well as Defendants Michael Haughton and LaTonnia Garrett. *See* ECF Nos. 1-3 through 1-5 (affirmations of service). On April 24, 2026, the Court issued an order for "each Defendant" to indicate whether they consented to the removal of the action by May 8, 2026. ECF No. 6.

On May 8, 2026, counsel for Hilton and Haughton confirmed their consent to removal but stated that their firm did not represent Garrett and could not confirm her consent to removal. ECF No. 10. Garrett never responded to the April 24, 2026, order. As a result, the Court issued an order to show cause on June 5, 2026, why this case should not be remanded due to Defendant Garrett's silence as to her consent to removal. ECF No. 12.

On June 12, 2026, counsel for Defendants Hilton and Haughton's responded stating that "the purported service on [] Garrett appears to be ineffective [because] . . . Garrett was no longer employed at that location [where service was made] as of January 30, 2026—nearly three weeks before the attempted service." ECF No. 13 at 1–2. Defendants conclude that "[b]ecause [] Garrett was not properly served, her consent was not required for removal." *Id*. at 2.

By **July 29, 2026**, Plaintiff is instructed to provide the Court with a letter reporting all effort Plaintiff has undertaken to serve Defendant Garrett since the commencement of this action in state court.

SO ORDERED.

Dated: June 22, 2026
New York, New York

ANALISA TORRES
United States District Judge