UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/11/2026

NELSON ALVAREZ,

Plaintiff,

-against-

HILTON HOTEL EMPLOYER, LLC; MILLENNIUM HILTON NEW YORK ONE UN PLAZA; LATONNIA GARRETT; MICHAEL HAUGHTON; JOHN/JANE DOES 1-10 (fictitious names for persons whose identities are presently unknown); and ABC CORPS 1-10 (fictitious names for entities whose identities are presently unknown),

Defendants.

26 Civ. 2326 (AT)

**ORDER**

ANALISA TORRES, District Judge:

By **August 18, 2026**, Defendants Hilton Hotel Employer, LLC, Millennium Hilton New York One UN Plaza, and Michael Haughton shall serve the Court's July 22, 2026 order, ECF No. 14, on Plaintiff and by that **same date**, file proof of such service on the docket.

By **August 21, 2026**, Plaintiff's counsel shall enter an appearance on the docket and respond to the Court's July 22, 2026 order.

SO ORDERED.

Dated: August 11, 2026
New York, New York

ANALISA TORRES
United States District Judge